UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:18-cv-00550-JLS-DFM                    Date: March 24, 2020
Title: Jose Velez v. 2Bella, Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                       Not Present

**PROCEEDINGS:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On February 21, 2020, the Court granted Plaintiff Jose Velez's request for an extension of time to file his motion for default judgment. (Doc. 42.) The Court stated that "Velez shall file his motion for default judgment **no later than March 9, 2020**. No further extensions will be granted." (*Id.*) Velez failed to timely file his motion. Accordingly, Velez is ORDERED to show cause, in writing, **no later than twenty-one (21) days from the date of this Order** why this case should not be dismissed owing to his failure to prosecute, pursuant to Rule 41(b). Filing an application for default judgment against Defendants along with a declaration satisfactorily explaining Plaintiff's failure to timely comply with the Court's February 21, 2020 Order shall constitute a sufficient showing. Failure to timely and fully respond to this Order will result in the immediate dismissal of this action.

Initials of Preparer: tg